Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
**LAW OFFICE OF KEVIN L. HERNANDEZ**
8872 S. Eastern Avenue, Suite 270
Las Vegas, Nevada 89123
T: (702) 563-4450
F: (702) 552-0408
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DALLAS GALLUP, an individual; | Case No.: 2:19-cv-01891-RFB-DJA |
| Plaintiff, | |
| v. | |
| AARGON AGENCY, INC., a foreign corporation; | **STIPULATION AND ORDER DISMISSING DEFENDANT AARGON AGENCY, INC. WITH PREJUDICE** |
| Defendant. | |

  Plaintiff, Dallas Gallup ("Plaintiff"), and Defendant, Aargon Agency, Inc. ("Aargon") (the "Parties") have resolved all claims, disputes, and differences between the Parties.

  Therefore, the Parties, by and through their respective attorneys of record, and subject to the court's approval, respectfully request dismissal of the above-captioned matter with prejudice

///

///

///

///

///

///

///

///

///

under FRCP 41(a) as to Aargon, with Plaintiff and Aargon bearing their own attorneys' fees and costs incurred in this action.

Respectfully Submitted.

Dated: June 24, 2020

**LAW OFFICE OF
KEVIN L. HERNANDEZ**

*/s/ Kevin L. Hernandez*
Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
8872 S. Eastern Avenue, Suite 270
Las Vegas, Nevada 89123
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

Dated: June 24, 2020

**ALVERSON TAYLOR & SANDERS**

*/s/ Trevor Waite*
Trevor Waite, Esq.
Nevada Bar No. 13779
6605 Grand Montecito Parkway, Suite 200
Las Vegas, NV 89149
TWaite@AlversonTaylor.com
*Attorneys for Defendant Aargon Agency, Inc.*

**IT IS SO ORDERED:**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 29th day of June, 2020.